# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DUNBAR ASPHALT PRODUCTS, INC. AND DUNBAR ASPHALT, LLC | : | No. 103 WAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| GEM BUILDING CONTRACTORS AND DEVELOPERS, INC., FIDELITY AND DEPOSIT COMPANY OF MARYLAND, AND CONNEAUT SCHOOL DISTRICT | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN ROTH, D/B/A ROTH PAVING, A/K/A JR ROTH PAVING, A/K/A PAVE MASTERS J.M. ROTH'S | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: GEM BUILDING CONTRACTORS AND DEVELOPERS, INC. AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.